**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff

**RANDOLPH, CREGGER & CHALFANT LLP**
ROBERT CHALFANT, State Bar #203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY KIRK,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGHNESSY, SANDA HAND, and SHELLIE JORDAN<br><br>    Defendants,<br>_____/ | No. 2:05-cv-1790-MCE-GGH<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

    COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of January 20, 2006:

- That Discovery be completed, as defined by the court with the exception of expert discovery, be completed by April 13, 2007.

1      •      That the Disclosure of Expert Witnesses, as set forth by the Court, be
2 tendered no later than May 30, 2007 with the designation of any supplemental expert
3 witnesses to, as set forth by the Court to be within 20 days thereafter. And that the
4 depositions of any expert witnesses to be completed by July 30, 2007.

5      The parties contend there is good cause for this request. The parties have been
6 diligently conducting discovery in this matter. However, delays in locating documents and
7 unexpected changes in the staffing of the offices of both Counsel as well as unanticipated
8 time demands of other pending litigation have lead to the need for additional time to
9 complete discovery.

10      The parties do not anticipate the need for any further modification of the scheduling
11 order and anticipate that these proposed changes will effect other milestones in the
12 scheduling order and in fact that the additional time for discovery will allow the parties to
13 sort out which parties and causes of action should go to trial and reduce or eliminate the
14 need for motions for summary adjudication.

16 Dated: January 26, 2007        RANDOLPH, CREGGER & CHALFANT

17             By: /s/ Robert Chalfant
18             ROBERT CHALFANT
            Attorneys for Defendants

20 Dated: January 26, 2007        LAW OFFICE OF STEWART KATZ

21             By: /s/ Stewart Katz
22             STEWART KATZ
            Attorney for Plaintiff

**IT IS SO ORDERED.**

**DATED:** February 5, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE