**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff

**RANDOLPH, CREGGER & CHALFANT LLP**
ROBERT CHALFANT, State Bar #203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY KIRK, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGHNESSY, SANDA HAND, and SHELLIE JORDAN <br><br> Defendants, <br>_____/ | No. 2:05-cv-1790-MCE GGH <br><br> **STIPULATION AND ORDER RE: DISMISSAL OF CERTAIN CLAIMS** |

    COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate to a dismissal with prejudice as follows:

    1.    As to Defendant Lou Blanas, as to all claims in this action, brought against him in an **individual capacity.**

    2.    As to Defendant Mark Iwasa, as to all claims in this action, brought against him in an **individual capacity.**

This stipulation does not address any cause or causes of actions in which either Blanas or Iwasa are being sued in their official capacity.

IT IS SO STIPULATED:

Dated: January 26, 2007					RANDOLPH, CREGGER & CHALFANT


							By: /s/ Robert Chalfant
							    ROBERT CHALFANT
							    Attorneys for Defendants

Dated: January 26, 2007					LAW OFFICE OF STEWART KATZ


							By: /s/ Stewart Katz
							    STEWART KATZ
							    Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated:  February 2, 2007

							_____
							MORRISON C. ENGLAND, JR
							UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Re. Dismissal of Certain Claims