RANDOLPH, CREGGER & CHALFANT LLP
Robert L. Chalfant, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO, LOU BLANAS,
MARK IWASA, JOHN O'SHAUGHNESSY,
SANDRA HAND, SHELLIE JORDAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY KIRK,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGHNESSY, SANDRA HAND, SHELLIE JORDAN,<br><br>            Defendants.<br>_____/ | No. CIV S-05-01790 MCE GGH<br><br>**STIPULATION FOR AN ORDER SHORTENING TIME TO FILE, SERVE AND HEAR MOTION COMPELLING THE DEPOSITION OF CAROLYN BUONAURO (E.D.L.R. 6-144(e))** |

IT IS HEREBY STIPULATED by the parties through their attorneys of record that Defendants COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGHNESSY, SANDRA HAND and SHELLEY JORDAN may file, serve and have heard on shortened time a motion to compel the deposition testimony of Carolyn Buonauro.

Good cause exists to have this motion to compel heard on shortened time as: (1) Plaintiff RICKY KIRK has disclosed Carolyn Buonauro as a percipient witness under Rule 26; (2) deponent Carolyn Buonauro was personally served with a deposition subpoena; (3) Ms. Buonauro appeared for deposition on March 16, 2007 (date of deposition changed at Ms. Buonauro's request); and (4)

Ms. Buonauro refused to answer questions relevant to this lawsuit and terminated the deposition. Discovery in this action closes on April 13, 2007. Shortened time is necessary to obtain a court order and reset Ms. Buonauro's deposition in compliance with the Scheduling Order deadline set by the Court.

  The parties propose that Defendants' motion to compel be filed no later than 4:00P.M. on March 23, 2007. Counsel for Plaintiff has stated that he will not oppose said motion. Defendants request a hearing on March 29, 2007 at 10:00 A.M.

  IT IS SO STIPULATED.

Dated: March 19, 2007    LAW OFFICES OF STEWART KATZ

           /s/ Stewart Katz
           STEWART KATZ (SBN 127425)
           Attorney for Plaintiff RICKY KIRK

Dated: March 19, 2007    RANDOLPH CREGGER & CHALFANT LLP

           /s/ Robert L. Chalfant
           ROBERT L. CHALFANT (SBN 203051)
           Attorneys for Defendants COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGHNESSY, SANDRA HAND and SHELLEY JORDAN

## ORDER

IT IS SO ORDERED.

Dated: 3/20/07    /s/ Gregory G. Hollows
           U.S. Magistrate Judge

kirk.ost

2
STIPULATION FOR AN ORDER SHORTENING TIME TO FILE, SERVE AND HEAR MOTION TO COMPEL DEPOSITION

**Randolph Cregger & Chalfant**

3
STIPULATION FOR AN ORDER SHORTENING TIME TO FILE, SERVE AND HEAR MOTION TO COMPEL DEPOSITION