IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY KIRK,

        Plaintiff,                       No. CIV S-05-1790 MCE GGH

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for March 29, 2007, was defendants' motion to compel the deposition of Carolyn Buonauro, filed March 21, 2007. Plaintiff filed a statement of non-opposition. Ms. Buonauro did not file an opposition and did not appear at the hearing. Robert Chalfant appeared for defendants. Stewart Katz represented plaintiff. After hearing, the court issues the following orders:

        1. Defendants' March 21, 2007, motion to compel is granted.

        2. Ms. Buonauro shall appear on April 10, 2007, at 9:00 a.m., in courtroom #24 for her deposition with documents requested by defendants' subpoena. The deposition shall take place in the conference room of the undersigned.

\\\\\

\\\\\

1.           3. The Clerk of the Court shall serve Ms. Buonauro at the address listed on the proof of service attached to defendants' motion.

2.           IT IS SO ORDERED.

3. DATED: 4/3/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
Kirk1790.mtc.wpd