RANDOLPH, CREGGER & CHALFANT LLP
Robert L. Chalfant, State Bar No. 203051
Lori A. Holtberg-Reihl, State Bar No. 246395
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:    (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO, LOU BLANAS,
MARK IWASA, JOHN O'SHAUGHNESSY,
SANDRA HAND, SHELLIE JORDAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY KIRK,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, LOU BLANAS,<br>MARK IWASA, JOHN O'SHAUGHNESSY,<br>SANDRA HAND, SHELLIE JORDAN,<br><br>        Defendants.<br>_____/ | No. 2:05-cv-01790 MCE GGH<br><br>**STIPULATION RE<br>CONDITIONAL SETTLEMENT;<br>ORDER THEREON** |

      IT IS HEREBY STIPULATED by the parties through their counsel of record that they have reached a settlement of this action conditioned upon approval of the settlement sum by the Board of Supervisors of the COUNTY OF SACRAMENTO at their monthly meeting in June of 2007.

      The parties reserve the right to request the upcoming motion, discovery and expert deadlines be reinstated in the event the settlement is not approved by the Board of Supervisors.

      Further, the parties are agreeable to the Court scheduling a further Status Conference to reassign appropriate deadlines in the event the conditional settlement is not approved by the Board of Supervisors.

1
STIPULATION RE CONDITIONAL SETTLEMENT; ORDER THEREON

1   IT IS SO AGREED.

2   Dated:  May 4, 2007                     LAW OFFICE OF STEWART KATZ

3

4                                            /s/ Stewart Katz
                                            STEWART KATZ, SBN 127425
5                                           Attorney for Plaintiff

6   Dated:  May 7, 2007                     RANDOLPH CREGGER & CHALFANT LLP

7

8                                            /s/ Robert L. Chalfant
                                            ROBERT L.CHALFANT, SBN 203051
9                                           Attorneys for Defendants

10

11

12                                  **ORDER**

13   IT IS SO ORDERED.

14   Dated:  May 14, 2007

15

16                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
17

**Randolph Cregger & Chalfant**

STIPULATION RE CONDITIONAL SETTLEMENT; ORDER THEREON                              2