1  Stewart Katz, CSB No. 127425
2  THE LAW OFFICE OF STEWART KATZ
   555 University Avenue, Suite 270
3  Sacramento, CA 95825
   Tel: (916) 444-5678
4  Fax: (916) 444-3364

5  Attorney for Plaintiff

6
7            **UNITED STATES DISTRICT COURT,**
8            **EASTERN DISTRICT OF CALIFORNIA**

9  RICKY KIRK                                 Case No.: 2:05-cv-01790-MCE-GGH
10         Plaintiff,
11  vs.                                       **STIPULATION AND ORDER FOR**
                                              **DISMISSAL PURSUANT TO FRCP 41**
12  COUNTY OF SACRAMENTO, LOU BLANAS,         **(a)(2)**
13  MARK IWASA, JOHN O'SHAUGHNESSY,
    SANDRA HAND, SHELLIE JORDAN
14
           Defendants.
15

16
17         IT IS HEREBY STIPULATED and agreed by and between Plaintiff RICKY KIRK
18  and Defendants COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN
19  O'SHAUGNESSY, SANDRA HAND and SHELLIE JORDAN, by and through their
20  undersigned counsel, that any and all claims against Defendants COUNTY OF
21  SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGNESSY, SANDRA
22  HAND, and SHELLIE JORDAN be dismissed with prejudice pursuant to Rule 41(a)(2) of
23  the Federal Rules of Civil Procedure.

24
25  Dated: July 6, 2007                      LAW OFFICE OF STEWART KATZ
26
                                             /s/ Stewart Katz
27                                           Stewart Katz
28                                           Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(2)                    1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 6, 2007 | RANDOLPH, CREGGER & CHALFANT LLP |

/s/ Robert L. Chalfant
Robert L. Chalfant
Attorney for Defendants,
COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGNESSY, SANDRA HAND, SHELLIE JORDAN

**ORDER**

IT IS HEREBY ORDERED that Defendants COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, JOHN O'SHAUGNESSY, SANDRA HAND and SHELLIE JORDAN be dismissed from this action with prejudice.

Dated: July 11, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(2)

2

PDF created with pdfFactory trial version www.pdffactory.com